NAT FRIEDMAN & SON, INC., Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted May 22, 1933; decided May 24, 1933.)

*David Segal* for motion.

*Arthur J. W. Hilly, Corporation Counsel (William H. King* of counsel), opposed.

Motion denied.